UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE No. 3:11-CR-85(01) RM |
| ) | |
| AARON JOHNSON ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 15, 2011 [Doc. No. 39]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Aaron Johnson's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED: __October 4, 2011__

    ___/s/ Robert L. Miller, Jr.___
    Judge
    United States District Court